

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

## NO. WR-76,283-06

### EX PARTE STEVEN MICHAEL BACKSTROM, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. 35498C IN THE 33rd DISTRICT COURT
### FROM BURNET COUNTY

*Per curiam.*

### O P I N I O N

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of one count of burglary of a habitation with intent to commit the felony offense of indecency with a child and one count of aggravated sexual assault of a child. He was sentenced to ninety-nine years' in prison and life imprisonment, respectively.

We find Applicant grounds one and two to be barred by TEX. CODE CRIM. PROC. art. 11.07 § 4(a)(1), and they are dismissed. Applicant's third ground for relief is without merit and is denied.

Filed: September 16, 2015
Do not publish